# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133676(13)

ANTHONY LYNCH-BEY, #146972

      Plaintiff-Appellant,

v

                                SC: 133676
                                CoA: 276798

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion for reconsideration of the order of June 6, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2007                  

                                      Clerk